# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Ethan Radvansky, *on behalf of himself, and others similarly situated,* | CASE No.: 1:24-cv-04365-SCJ |
| Plaintiff, | |
| V. | |
| Bubolo Medical, LLC, | |
| Defendant. _____/ | |

### DEFENDANT BUBOLO MEDICAL, LLC'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND THE TIME FOR THE PLAINTIFF TO FILE A MOTION FOR CLASS CERTIFICATION

Defendant Bubolo Medical, LLC ("Bubolo"), hereby provides notice that it does not oppose the Motion to Extend the Time for the Plaintiff to File a Motion for Class Certification [dkt.16], filed by the Plaintiff on August 16, 2025.

Respectfully submitted this 25th day of August, 2025.

/s/Geoffrey A. Pette
Geoffrey A. Pette
Pette P.A.
12565 Orange Drive, Suite 411
Davie, Florida 33330
Telephone: 954-530-6647
Fax: 954-206-0938
Email: geoff@pettepa.com

Jonathan A. Page
InPrime Legal, a Division of Page Law, LLC
1640 Powers Ferry Road SE

Building 23, Suite 100
Marietta, GA 30067
Telephone: 770-285-7785
Fax: 770-285-7784
E-mail: jonathan@inprimelegal.com
Georgia Bar No. 481267
*Counsel for Defendant Bubolo Medical, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the CM/ECF efiling service, which will provide copies to all counsel of record registered to receive CM/ECF notification on this 25th day of August, 2025.

/s/Geoffrey A. Pette
Geoffrey A. Pette
Pette P.A.
12565 Orange Drive, Suite 411
Davie, Florida 33330
Telephone: 954-530-6647
Fax: 954-206-0938
Email: geoff@pettepa.com
*Counsel for Defendant Bubolo Medical, LLC*