IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ETHAN RADVANSKY, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BUBOLO MEDICAL, LLC, <br><br> Defendant. | CIVIL ACTION FILE NO. <br><br> 1:24-CV-04365-SCJ |

## ORDER

This matter is before the Court on Plaintiff's Motion to Extend the Time to File a Motion for Class Certification [Doc. No. 16]. Defendant has no opposition to the Motion. Doc. No. [17]. Accordingly, the Motion is **GRANTED**. The time for filing a Motion for Class Certification will be addressed in the Court's Scheduling Order following the submission of the Parties' Joint Preliminary Report and Discovery Plan.

IT IS SO ORDERED this 28th day of August, 2025.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE