# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Ethan Radvansky, *on behalf of himself and others similarly situated,*<br><br>    *Plaintiff,*<br> v.<br><br>Bubolo Medical, LLC,<br><br>    *Defendant.* | Case No.: 1:24-cv-04365-SCJ |

## DEFENDANT BUBOLO MEDICAL, LLC'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Bubolo Medical, LLC ("Bubolo") files this Unopposed Motion for Enlargement of Time to Respond to Plaintiff Ethan Radvansky's Complaint, and in support thereof state as follows:

1. On August 15, 2025, the Court issued an order denying Bubolo's Motion to Dismiss.  *See* Dkt. No. 1.

2. Accordingly, pursuant to Fed. R. Civ. P. 12(a)(4)(A), Bubolo's deadline to respond to the Complaint is August 29, 2025.

3. Bubolo and its counsel require additional time to investigate Plaintiff's allegations, applicable defenses, and to prepare the response to the Complaint.  Bubolo recently retained new counsel for this matter, and

additional time is also required because of counsel's other pressing deadlines and obligations in other matters.

4. Bubolo therefore respectfully requests an extension of fourteen (14) days to file its response to the Complaint, extending the deadline to respond to September 12, 2025.

5. Federal Rule of Civil Procedure 6(b) allows this Court discretion to enlarge periods of time for good cause where, as here, the requested extension is made before the deadline. Bubolo respectfully submits that, for the reasons set forth above, good cause exists for the requested extension, which is not opposed by Plaintiff.

6. Counsel for Bubolo met and conferred with counsel for Plaintiff via e-mail, who consented to the requested extension of time.

7. The requested extension is not sought for dilatory reasons or for any other improper purpose, and will not prejudice any party or the Court. Bubolo previously sought one extension of the deadline to respond to the Complaint in advance of the filing of its motion to dismiss, on November 13, 2024, and no other extension has been sought by Bubolo.

Wherefore, Defendant Bubolo Medical, LLC respectfully requests that this Motion be granted and that its deadline to respond to Plaintiff's Complaint be extended up to and including September 12, 2025.

Dated: August 29, 2025                           Respectfully submitted,

*/s/ Geoffrey A. Pette*
Geoffrey A. Pette (*pro hac vice*)
Pette P.A.
12565 Orange Drive, Suite 411
Davie, Florida 33330
Telephone: 954-530-6647
Fax: 954-206-0938
Email: geoff@pettepa.com

GREENSPOON MARDER LLP
Jeffrey A. Backman (*pro hac vice application to follow*)
Roy Taub (*pro hac vice application to follow*)
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33316
Tel: (954) 491-1120
jeffrey.backman@gmlaw.com
roy.taub@gmlaw.com

Jonathan A. Page
InPrime Legal, a Division of Page Law, LLC
1640 Powers Ferry Road SE
Building 23, Suite 100
Marietta, GA 30067
Telephone: 770-285-7785
Fax: 770-285-7784
E-mail: jonathan@inprimelegal.com
Georgia Bar No. 481267

*Counsel for Defendant Bubolo Medical, LLC*

**CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Motion has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(C).

*/s/ Geoffrey A. Pette*
Geoffrey A. Pette

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all counsel of record via filing on CM/ECF on August 29, 2025.

*/s/ Geoffrey A. Pette*
Geoffrey A. Pette