UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ETHAN RADVANSKY, on behalf of himself and others similarly situated,

    Plaintiff,

v.

BUBOLO MEDICAL, LLC,

    Defendant.
_____/

CASE NO.:  1:24-cv-04365-SCJ

**DEFENDANT BUBOLO MEDICAL, LLC'S
AMENDED CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

    1.    The undersigned counsel of record Defendant Bubolo Medical, LLC ("Bubolo") certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    Plaintiff Ethan Radvansky

    Defendant Bubolo Medical, LLC (there is no parent corporation or any publicly held corporation that owns 10% or more of Bubolo's stock)

    2.    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could

be substantially affected by the outcome of this case:

The undersigned is aware of no such person.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

Anthony I. Paronich, Paronich Law, P.C. – counsel for Plaintiff

Steven Howard Koval, The Koval Firm, LLC – counsel for Plaintiff

Jeffrey A. Backman and Roy Taub, Greenspoon Marder LLP – counsel for Bubolo

Geoffrey A. Pette, Pette P.A. – counsel for Bubolo

Jonathan A. Page, Page Law LLC – counsel for Bubolo

Dated: October 8, 2025                Respectfully submitted,

*/s/ Jeffrey A. Backman*
GREENSPOON MARDER LLP
Jeffrey A. Backman (*pro hac vice*)
Roy Taub (*pro hac vice* application pending)
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33316
Tel: (954) 491-1120
jeffrey.backman@gmlaw.com
roy.taub@gmlaw.com

Geoffrey A. Pette (*pro hac vice*)
Pette P.A.
12565 Orange Drive, Suite 411
Davie, Florida 33330
Telephone: 954-530-6647
Fax: 954-206-0938

Email: geoff@pettepa.com

Jonathan A. Page
InPrime Legal, Division of Page Law, LLC
1640 Powers Ferry Road SE
Building 23, Suite 100
Marietta, GA 30067
Telephone: 770-285-7785
Fax: 770-285-7784
E-mail: jonathan@inprimelegal.com
Georgia Bar No. 481267

*Counsel for Defendant*
*Bubolo Medical, LLC*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Motion has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(C).

/s/ *Jeffrey A. Backman*
Jeffrey A. Backman

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all counsel of record via filing on CM/ECF on October 8, 2025.

/s/ *Jeffrey A. Backman*
Jeffrey A. Backman