UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ETHAN RADVANSKY, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BUBOLO MEDICAL, LLC,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:24-CV-4365-SCJ |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan ("Report")[Doc. 28], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the attached form, except as herein modified:

The Court grants the parties' request for an eight month discovery period, to conclude on **June 9th, 2026**. As this is twice the time anticipated by the Local Rules for discovery in litigation of this nature, **NO FURTHER EXTENSION OF DISCOVERY OR ANY RELATED DEADLINE WILL PERMITTED UNDER ANY CIRCUMSTANCES**. Any motions for summary judgment or the proposed consolidated pretrial order must be filed on or before **July 9th, 2026**. If a motion for summary judgment is filed, the proposed consolidated preretrial order must be filed within 30 days after this Court's ruling thereon. If neither motion(s) for summary judgment nor the proposed pretrial order are timely filed, the Clerk is directed to submit this matter for the Court for consideration.

**IT IS SO ORDERED**, this 9th day of October, 2025.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE