# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Ethan Radvansky, *on behalf of himself and others similarly situated,*<br><br>              *Plaintiff,*<br><br>    *v.*<br><br> Bubolo Medical, LLC,<br><br>              *Defendant.* | Case No.: 1:24-cv-04365-SCJ |

## <u>STIPULATION OF DISMISSAL</u>

The Plaintiff Ethan Radvansky, and Defendant Bubolo Medical, LLC, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate and agree to the dismissal with prejudice of Radvansky's claims against Defendant.  Each Party shall bear their own respective costs and attorneys' fees. This Stipulation of Dismissal disposes of the entire action.

Dated:  March 18, 2026                    Respectfully submitted,


| | |
|---|---|
| */s/ Anthony Paronich* | */s/ Roy Taub* |
| Anthony I. Paronich | GREENSPOON MARDER LLP |
| Paronich Law, P.C. | Jeffrey A. Backman, Esq. (*pro hac vice*) |
| Suite 2400 | Roy Taub, Esq. (*pro hac vice*) |
| 350 Lincoln St. | 200 East Broward Boulevard, Suite 1800 |
| Hingham, MA 02043 | |
| 615-485-0018 | Fort Lauderdale, Florida 33301 |
| Email: anthony@paronichlaw.com | Telephone: 954.491.1120 |

Steven Howard Koval
The Koval Firm, LLC
Building 15, Suite 120
3575 Piedmont Rd.
Atlanta, GA 30305
404-513-6651
Fax: 404-549-4654
Email: Steve@KovalFirm.com

*Attorneys for Plaintiff*
*Ethan Radvansky*

jeffrey.backman@gmlaw.com
roy.taub@gmlaw.com
rene.vazquez@gmlaw.com
cheryl.cochran@gmlaw.com

Geoffrey A. Pette
Pette P.A.
12565 Orange Drive, Suite 411
Davie, FL 33330
954-530-6647
Email: geoff@pettepa.com

Jonathan Andrew Page
Page Law LLC
Building 23, Suite 100
1640 Powers Ferry Road
Marietta, GA 30067
770-285-7785
Fax: 770-285-7784
Email: Jonathan@inprimelegal.com
Georgia Bar No. 481267

*Attorneys for Defendant*
*Bubolo Medical, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 18, 2026, a true and correct copy of the foregoing was served on all parties by CM/ECF filing

/s/      *Anthony Paronich*
Anthony I. Paronich

2